UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

JESSIE ENGLES,

                           Plaintiff,

         v.                               **SO ORDERED**
                                              **NOTICE TO DEPOSE**
BRANDI CORIGLIANO (N.P.); HAMMAD     **CASE NUMBER:**
U. RAHMAN (M.D.); Facility Health Services   **9:23-CV-01056 (GTS/DJS)**
Director of Auburn DINELLO;
Dr. SHEBAB ZAK, M.D.; Marcy CF; and
DR. CHANGLAI, M.D.,

                          Defendants.
_____

      PLEASE TAKE NOTICE that pursuant to FRCP Rule 30 , the testimony upon virtual oral examination will be taken of Plaintiff, Jessie Engles, whose current address is Mr. Jessie Engles - 22B1293, Five Points Correctional Facility, State Route 96, P.O. Box 119, Romulus, New York, 14541, before a notary public, who is not an attorney or employee of an attorney for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, on the 14th day of November, 2024 at 10 o'clock in the a forenoon, with respect to evidence material and necessary in the prosecution/defense of this action, and that you produce all documents reviewed by the deponent in preparation for the deposition and which were used to refresh deponent's recollection.

1

Dated: October 8, 2024

_____
Alexandra A. Calhoun, Esq.
Bar Roll No.: 703481
Zachary M. Mattison, Esq.
Bar Roll No.: 514407
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Brian A. Changlai, M.D.*
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York 13202
Telephone: (315) 474-2943
*acalhoun@sugarmanlaw.com*
*zmattison@sugarmanlaw.com*

TO: Mr. Jessie Engles - 22B1293
Five Points Correctional Facility
State Route 96
P.O. Box 119
Romulus, New York 14541

CC: Aimee Cowan, Esq., Assistant Attorney General
Bar Roll No. 516178
**NEW YORK STATE ATTORNEY GENERAL – SYRACUSE REGIONAL OFFICE**
Attorney for Defendants
300 S. State Street, Suite 300
Syracuse, New York 13202
Telephone: (315) 448-4800
Fax: (315) 448-4853
*aimee.cowan@ag.ny.gov*

**SO ORDERED:**

Clerk of Court

Glenn T. Suddaby
U.S. District Judge

Dated: October 22, 2024